### KENNY v. POOL.

PRACTICE IN THE SUPREME COURT: ABSTRACT.

*Appeal from Allamakee Circuit Court.*

TUESDAY, DECEMBER 11.

ACTION upon a promissory note. The defense was that the note was given for a horse, which defendant was induced to purchase of plaintiff by false representations as to quality; and that the sale was conditional in this, that defendant was to have one week's trial of the horse, and if he did not prove

satisfactory, and as represented, he was to be returned; that the horse was not as represented, and that defendant, within the week, returned him, and plaintiff refused to take him and deliver up the note. The cause was referred for trial; the referee found for the defendant. Exceptions to the · report of the referee were overruled, and plaintiff appeals.

*M. B. Hendrick*, for appellant.

*E. M. Woodward*, for appellee.

ROTHROCK, J.—The only ground upon which a reversal of the judgment is sought is that it is not supported by the evidence. The abstract does not purport to be an abstract of all the evidence introduced upon the trial. In this state of the record we cannot determine the question made by appellant. This point is raised and insisted upon by appellee, and we are not at liberty to disregard it.

AFFIRMED.